IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LANCE YOUNGE, et al.,

          Plaintiffs,

     v.

SAMUEL ALTMAN, et al.,

          Defendants.

Case No.  26-cv-03707-MMC

**ORDER DIRECTING PLAINTIFFS TO SUBMIT COURTESY COPY OF COMPLAINT**

On May 13, 2026, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, plaintiffs are hereby DIRECTED to submit forthwith a courtesy copy of the Complaint, filed April 29, 2026.  Additionally, as required by the Court's Standing Orders, courtesy copies "shall be submitted in single-sided format" and "[a]ny attached exhibits shall be separated by tabbed dividers."  See Standing Orders for Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

**IT IS SO ORDERED.**

Dated: May 13, 2026

MAXINE M. CHESNEY
United States District Judge

United States District Court
Northern District of California