JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
STEPHANIE G. HERRERA (State Bar No. 313887)
stephanie.herrera@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

BETHANY W. KRISTOVICH (State Bar No. 241891)
bethany.kristovich@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendants*
*OpenAI Foundation, OpenAI OpCo, LLC,*
*OpenAI Group PBC, and Samuel Altman*

Rafey S. Balabanian, SBN 315962
rbalabanian@edelson.com
EDELSON PC
350 N. LaSalle St., 14th Floor
Chicago, Illinois 60654
Tel: (312) 589-6370

Brandt Silverkorn, SBN 323530
bsilverkorn@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: (415) 212-9300

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

MARK STACEY,

Plaintiff,

vs.

OPENAI FOUNDATION, OPENAI OPCO, LLC, OPENAI GROUP PBC, and SAMUEL ALTMAN,

Defendants.

AND ALL RELATED CASES

Lead Case No. 3:26-cv-03701-JSC

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE**

Pursuant to the Court's Amended Order Re: Responsive Pleadings and Pending Motions to Dismiss (Dkt. No. 35), Plaintiffs and Defendants ("Parties") in *Stacey v. Altman, et al.*, Case No. 3:26-cv-03701-JSC, and the 36 related actions ("Related Actions"), stipulate to the following schedules for Defendants' pending and forthcoming motions to dismiss and propose the following initial case management conference date:

**WHEREAS**, on April 29, 2026, the original seven actions in these related matters were filed against Defendants;

**WHEREAS**, on June 3, 2026, the original seven actions were deemed related, and transferred and reassigned to this Court for all purposes (Dkt. No. 21);

**WHEREAS**, on June 23, 2026, the Parties stipulated to extend the time for Defendants to answer or otherwise respond to the complaints in the original seven actions until September 14, 2026 (Dkt. No. 26);

**WHEREAS**, on September 2, 2026, Defendants filed a Motion to Dismiss for Forum Non Conveniens in the original seven actions (Dkt. No. 29);

**WHEREAS**, on September 2, 2026, 30 additional actions in these related matters were filed against Defendants;

**WHEREAS**, on September 8, 2026, Plaintiffs served Defendants with the complaints and summonses for the 30 additional actions pursuant to the Parties' agreement to email service;

**WHEREAS**, on September 9, 2026, the 30 additional actions were deemed related to the original seven actions, and transferred and reassigned to this Court for all purposes (Dkt. No. 33);

**WHEREAS,** on September 10, 2026, the Court ordered the parties to meet and confer and file a proposed schedule for addressing all pending and anticipated motions to dismiss, as well as a proposed initial case management conference date;

**WHEREAS**, Defendants intend to file Motions to Dismiss for Forum Non Conveniens in the 30 additional actions;

**WHEREAS**, Defendants intend to file Motions to Dismiss for Failure to State a Claim Under Rule 12(b)(6) in all 37 Related Actions;

**WHEREAS**, the Parties have met and conferred and agree that the following schedule for Defendants' pending and forthcoming motions and proposed initial case management conference date would facilitate efficient and expedient resolution of threshold legal issues;

**WHEREAS**, prior to issuance of the Court's Amended Order Re: Responsive Pleadings and Pending Motions to Dismiss (Dkt. No. 35), the Parties met and conferred on Defendants' Motion to Dismiss for Forum Non Conveniens and Defendants' Motion to Dismiss for Failure to State a Claim, agreed that the motions raise substantial number of distinct issues, and discussed briefing the motions on separate schedules, and having them heard on separate dates, given the volume of briefing and number of issues presented;

**WHEREAS**, in light of this prior agreement and the Parties' understanding of the breadth of issues that will be presented, Defendants respectfully request, and Plaintiffs do not oppose, that the Court consider the below proposal to hold separate hearings on these motions;

**WHEREAS**, the Parties have also proposed a single hearing date as an alternative, if the Court prefers, as indicated in the Court's Amended Order Re: Responsive Pleadings and Pending Motions to Dismiss (Dkt. No. 35);

**NOW THEREFORE**, the Parties stipulate and agree as follows:

1. **Forum Non Conveniens Motion:** Defendants' Motion to Dismiss for Forum Non Conveniens shall be filed in the 30 additional actions no later than September 17, 2026; Plaintiffs' opposition to all forum non conveniens motions (for all Related Actions) shall be due October 6, 2026; Defendants' reply for all Related Actions shall be due October 20, 2026. If a separate hearing on this Motion is acceptable to the Court, the hearing on this Motion shall be set for November 5, 2026, or as soon thereafter as the matter may be heard.

2. **Rule 12(b)(6) Motion:** Defendants' Motion to Dismiss for Failure to State a Claim Under Rule 12(b)(6), currently due September 14, 2026 in the seven original actions, shall be filed no later than October 1, 2026 for all Related Actions; Plaintiffs' opposition shall be due October 29, 2026; Defendants' reply shall be due November 19, 2026. Notwithstanding Civil L.R. 7-2(b), given the number of actions and claims, Defendants' Motion and Plaintiffs' Opposition shall not

exceed 35 pages of text, and Defendants' Reply shall not exceed 20 pages of text, not including the caption pages, table of contents, or table of authorities. The hearing on this Motion (or both Motions, if the Court prefers a single hearing on both Motions) shall be set for December 10, 2026, or as soon thereafter as the matter may be heard.

**3. Initial Case Management Conference:** The Parties propose that the initial case management conference be set for December 16, 2026 at 2:00 p.m.

**4. No Waiver:** Nothing in this Stipulation shall be construed as a waiver of any Party's rights or positions in law or equity, or as a waiver of any defenses that Defendants would otherwise have including, without limitation, jurisdictional defenses.

**IT IS SO STIPULATED.**

DATED: September 12, 2026

By: */s/ Bethany W. Kristovich*

BETHANY W. KRISTOVICH (SBN 241891)
bethany.kristovich@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendants

DATED: September 12, 2026

By: */s/ Rafey S. Balabanian*

RAFEY S. BALABANIAN (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
350 N. LaSalle St., Fourteenth Floor
Chicago, Illinois 60654
Telephone: (312) 589-6370

Attorneys for Plaintiffs

**DECLARATION**

I declare, under penalty of perjury, that the factual assertions contained in this Joint Stipulation are true and correct to the best of my knowledge.

By: */s/ Bethany W. Kristovich*
BETHANY W. KRISTOVICH (SBN 241891)
bethany.kristovich@mto.com

**SIGNATURE ATTESTATION**

I, Bethany Kristovich, am the ECF user whose ID and password are being used to file this Joint Stipulation to Continue Briefing Deadlines for Defendants' Motions to Dismiss (L.R. 6-2(a)). In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from the other signatory.

By: */s/ Bethany W. Kristovich*
BETHANY W. KRISTOVICH (SBN 241891)
bethany.kristovich@mto.com

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARK STACEY, individually, and as successor-in-interest to decedent SHANNDA AVIUGANA-DURAND,<br><br>Plaintiff,<br><br>vs.<br><br>OPENAI FOUNDATION, OPENAI OPCO, LLC, OPENAI GROUP PBC, and SAMUEL ALTMAN,<br><br>Defendants. | Lead Case No. 3:26-cv-03701-JSC<br><br>**[PROPOSED] ORDER REGARDING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE** |
| AND RELATED CASES | |

Pursuant to the Parties' stipulation, IT IS SO ORDERED THAT:

1. **Forum Non Conveniens Motion:** Defendants' Motion to Dismiss for Forum Non Conveniens shall be filed in the 30 additional actions no later than September 17, 2026; Plaintiffs' opposition to all forum non conveniens motions (for all Related Actions) shall be due October 6, 2026; Defendants' reply for all Related Actions shall be due October 20, 2026. The hearing on this Motion shall be set for __________________.

2. **Rule 12(b)(6) Motion:** Defendants' Motion to Dismiss for Failure to State a Claim Under Rule 12(b)(6), currently due September 14, 2026 in the seven original actions, shall be filed no later than October 1, 2026 for all Related Actions; Plaintiffs' opposition shall be due October 29, 2026; Defendants' reply shall be due November 19, 2026. Notwithstanding Civil L.R. 7-2(b), given the number of actions and claims, Defendants' Motion and Plaintiffs' Opposition shall not exceed 35 pages of text, and Defendants' Reply shall not exceed 20 pages of text, not including the caption pages, table of contents, or table of authorities. The hearing on this Motion shall be set for __________________.

3. **Initial Case Management Conference:** The initial case management conference shall be set for _________________.

4. **No Waiver:** Nothing in the Parties' Stipulation shall be construed as a waiver of any Party's rights or positions in law or equity, or as a waiver of any defenses that Defendants would otherwise have including, without limitation, jurisdictional defenses.

DATED: September ___, 2026 By: ________________________________________

JACQUELINE S. CORLEY
UNITED STATES DISTRICT JUDGE