JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
STEPHANIE G. HERRERA (State Bar No. 313887)
stephanie.herrera@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

BETHANY W. KRISTOVICH (State Bar No. 241891)
bethany.kristovich@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendants*
*OpenAI Foundation, OpenAI OpCo, LLC,*
*OpenAI Group PBC, and Samuel Altman*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

MARK STACEY,

Plaintiff,

vs.

SAMUEL ALTMAN, OPENAI FOUNDATION, OPENAI OPCO, LLC, and OPENAI GROUP PBC,

Defendants.

This Document Relates to:

*Schofield, et al. v. Altman, et al.*
Case No. 3:26-cv-03702-JSC

*Mwansa, Sr., et al. v. Altman, et al.*
Case No. 3:26-cv-03703-JSC

*M.G., et al. v. Altman, et al.*
Case No. 3:26-cv-03704-JSC

*Hayer v. Altman, et al.*
Case No. 3:26-cv-03705-JSC

Lead Case No. 3:26-cv-03701-JSC

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE**

*Lampert v. Altman, et al.*
Case No. 3:26-cv-03706-JSC

*Younge, et al. v. Altman, et al.*
Case No. 3:26-cv-03707-JSC

*A.C. v. Altman, et al.*
Case No. 3:26-cv-09342-JSC

*D.I. v. Altman, et al.*
Case No. 3:26-cv-09343-JSC

*Rushlow v. Altman, et al.*
Case No. 3:26-cv-09344-JSC

*Hodgkinson v. Altman, et al.*
Case No. 3:26-cv-09345-JSC

*Bertrand v. Altman, et al.*
Case No. 3:26-cv-09346-JSC

*Geer v. Altman, et al.*
Case No. 3:26-cv-09347-JSC

*Maitland v. Altman, et al.*
Case No. 3:26-cv-09348-JSC

*Tardif v. Altman, et al.*
Case No. 3:26-cv-09349-JSC

*Zatwarniski v. Altman, et al.*
Case No. 3:26-cv-09350-JSC

*Pilgrim v. Altman, et al.*
Case No. 3:26-cv-09351-JSC

*Pigeon v. Altman, et al.*
Case No. 3:26-cv-09352-JSC

*Lenart v. Altman, et al.*
Case No. 3:26-cv-09353-JSC

*Cameron v. Altman, et al.*
Case No. 3:26-cv-09354-JSC

*Norbury v. Altman, et al.*
Case No. 3:26-cv-09355-JSC

*Gruntman v. Altman, et al.*
Case No. 3:26-cv-09356-JSC

*Pisarski v. Altman, et al.*
Case No. 3:26-cv-09357-JSC

*E.R. v. Altman, et al.*
Case No. 3:26-cv-09358-JSC

*G.L. v. Altman, et al.*
Case No. 3:26-cv-09359-JSC

*A.R. v. Altman, et al.*
Case No. 3:26-cv-09360-JSC

*C.W. v. Altman, et al.*
Case No. 3:26-cv-09362-JSC

*A.N. v. Altman, et al.*
Case No. 3:26-cv-09363-JSC

*R.R. v. Altman, et al.*
Case No. 3:26-cv-09366-JSC

*G.M. v. Altman, et al.*
Case No. 3:26-cv-09367-JSC

*L.N. v. Altman, et al.*
Case No. 3:26-cv-09368-JSC

*Poirier v. Altman, et al.*
Case No. 3:26-cv-09369-JSC

*M.B., et al. v. Altman, et al.*
Case No. 3:26-cv-09370-JSC

*O.H., et al. v. Altman, et al.*
Case No. 3:26-cv-09372-JSC

*B.W., et al. v. Altman, et al.*
Case No. 3:26-cv-09373-JSC

*Hoekstra, et al. v. Altman, et al.*
Case No. 3:26-cv-09377-JSC

*Deeley, et al. v. Altman, et al.*
Case No. 3:26-cv-09378-JSC

*His Majesty the King in Right of the Province of British Columbia, et al. v. Altman, et al.*
Case No. 3:26-cv-10743

Pursuant to Civil Local Rule 6-2, Plaintiffs and Defendants ("Parties") in *Stacey v. Altman, et al.*, Case No. 3:26-cv-03701-JSC, and the 37 related actions ("Related Actions"), stipulate to the following schedules for Defendants' pending and forthcoming motions to dismiss and the initial case management conference:

**WHEREAS**, 37 actions by individuals ("Individual Plaintiffs") were previously filed against Defendants and deemed related by the Court;

**WHEREAS**, on September 21, 2026, an additional action was filed by His Majesty the King in Right of the Province of British Columbia and Board of Education of School District No. 59 (Peace River South) (together, the "British Columbia Government Entities" or "BCGE");

**WHEREAS,** on September 25, 2026, the action filed by the BCGE was deemed related to the 37 Individual Plaintiffs' actions, and transferred and reassigned to this Court for all purposes (Dkt. No. 44);

**WHEREAS**, Defendants have filed Motions to Dismiss for Forum Non Conveniens the 37 Individual Plaintiffs' actions and anticipate filing a Motion to Dismiss for Forum Non Conveniens the BCGE's action;

**WHEREAS**, Defendants anticipate filing an omnibus Motion to Dismiss for Failure to State a Claim Under Rule 12(b)(6) all 38 Related Actions;

**WHEREAS**, the Parties have met and conferred and agree that the following schedule will facilitate efficient and expedient resolution of threshold legal issues across the 38 Related Actions;

**NOW THEREFORE**, the Parties stipulate and agree as follows:

**1. Forum Non Conveniens Motion:** Defendants' Motion to Dismiss for Forum Non Conveniens the BCGE's action shall be due on October 15, 2026; the Individual Plaintiffs shall collectively file an opposition, and the BCGE shall file an opposition, both of which shall be due on November 5; and Defendants' omnibus reply to both oppositions shall be due on December 3. Notwithstanding Civil L.R. 7-2(b), given that Defendants are replying to two separate oppositions (25 pages each), Defendants' omnibus reply shall not exceed 30 pages of text, not including the caption pages, table of contents, or table of authorities. The hearing on Defendants' Motion to

Dismiss for Forum Non Conveniens shall be set for December 17, 2026, or as soon thereafter as the matter may be heard. Defendants and the Individual Plaintiffs have additionally agreed that any disputes related to discovery as to Defendants' Forum Non Conveniens Motion shall be submitted to the Court by no later than October 8, 2026.

**2. Amendment of Complaints.** The Individual Plaintiffs and BCGE may amend their respective complaints by October 29, 2026.[1] All plaintiffs agree that they will not argue that any amendments to the complaints affect the pending Motions to Dismiss for Forum Non Conveniens. The Parties agree that the Defendants' Motions to Dismiss for Forum Non Conveniens shall be deemed applicable to the operative pleadings and proceed on the agreed schedule set forth in this stipulation.

**3. Rule 12(b)(6) Motion:** Defendants' Omnibus Motion to Dismiss all 38 Related Actions for Failure to State a Claim Under Rule 12(b)(6) (currently due October 1, 2026 for the 37 Individual Plaintiffs' actions) shall be due on November 19, 2026[2]; the Individual Plaintiffs shall collectively file an opposition, and the BCGE shall file an opposition, both of which shall be due on December 17, 2026; and Defendants' omnibus reply shall be due on January 14, 2027. Notwithstanding Civil L.R. 7-2(b), the Parties have agreed that—because briefing these issues implicates 38 separate complaints, some of which raise unique claims—Defendants' Omnibus Motion shall not exceed 45 pages of text, the Individual Plaintiffs' and BCGE's respective oppositions shall not exceed 35 pages of text (each), and Defendants' Omnibus Reply shall not exceed 35 pages of text, not including the caption pages, table of contents, or table of authorities. The hearing on this Motion shall be set for January 28, 2027, or as soon thereafter as the matter may be heard.

**4. Initial Case Management Conference:** The Parties defer to the Court regarding an appropriate date for the initial case management conference.

---

[1] For the avoidance of doubt, this amendment does not count as a plaintiff's amendment as a matter of course under Rule 15(a)(1).

[2] Defendants' Omnibus Motion shall be responsive to each plaintiff's operative complaint. A plaintiff's original complaint is operative unless it is amended by October 29, 2026, in which case the amended complaint is operative.

**5.** **No Waiver:** Nothing in this Stipulation shall be construed as a waiver of any Party's rights or positions in law or equity, or as a waiver of any defenses that Defendants would otherwise have including, without limitation, jurisdictional defenses.

**IT IS SO STIPULATED.**

DATED: September 28, 2026

By: */s/ Bethany W. Kristovich*
BETHANY W. KRISTOVICH (SBN 241891)
bethany.kristovich@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendants

DATED: September 28, 2026

By: */s/ Rafey S. Balabanian*
RAFEY S. BALABANIAN (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
350 N. LaSalle St., Fourteenth Floor
Chicago, Illinois 60654
Telephone: (312) 589-6370

Attorneys for Individual Plaintiffs

DATED: September 28, 2026

**STRANCH, JENNINGS & GARVEY, PLLC**

By: */s/ Lesley E. Weaver*
Lesley E. Weaver (SBN 191305)
lweaver@stranchlaw.com
Anne K. Davis (SBN 267909)
adavis@stranchlaw.com
Joshua D. Samra (SBN 313050)
jsamra@stranchlaw.com
1111 Broadway, Suite 300
Oakland, California 94607
Tel: (341) 217-0550

*Attorneys for Plaintiffs His Majesty the King in Right of the Province of British Columbia and Board of Education of School District No. 59 (Peace River South)*

**DECLARATION**

I declare, under penalty of perjury, that the factual assertions contained in this Joint Stipulation are true and correct to the best of my knowledge.

By: */s/ Bethany W. Kristovich*
BETHANY W. KRISTOVICH (SBN 241891)
bethany.kristovich@mto.com

**SIGNATURE ATTESTATION**

I, Bethany Kristovich, am the ECF user whose ID and password are being used to file this Joint Stipulation to Continue Briefing Deadlines for Defendants' Motions to Dismiss (L.R. 6-2(a)). In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from the other signatory.

By: */s/ Bethany W. Kristovich*
BETHANY W. KRISTOVICH (SBN 241891)
bethany.kristovich@mto.com

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

MARK STACEY, individually, and as successor-in-interest to decedent SHANNDA AVIUGANA-DURAND,

Plaintiff,

vs.

SAMUEL ALTMAN, OPENAI FOUNDATION, OPENAI OPCO, LLC, and OPENAI GROUP PBC,

Defendants.

AND RELATED CASES

Lead Case No. 3:26-cv-03701-JSC

**[PROPOSED] ORDER REGARDING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE**

Pursuant to the Parties' stipulation, IT IS SO ORDERED THAT:

1. **Forum Non Conveniens Motion:** Defendants' Motion to Dismiss for Forum Non Conveniens the BCGE's action shall be due on October 15, 2026; the Individual Plaintiffs shall collectively file an opposition, and the BCGE shall file an opposition, both of which shall be due on November 5; and Defendants' omnibus reply to both oppositions shall be due on December 3. Notwithstanding Civil L.R. 7-2(b), given that Defendants are replying to two separate oppositions (25 pages each), Defendants' omnibus reply shall not exceed 30 pages of text, not including the caption pages, table of contents, or table of authorities. The hearing on Defendants' Motion to Dismiss for Forum Non Conveniens shall be set for December 17, 2026, or as soon thereafter as the matter may be heard. Defendants and the Individual Plaintiffs have additionally agreed that any disputes related to discovery as to Defendants' Forum Non Conveniens Motion shall be submitted to the Court by no later than October 8, 2026.

2. **Amendment of Complaints.** The Individual Plaintiffs and BCGE may amend their respective complaints by October 29, 2026.[3] All plaintiffs agree that they will not argue that any amendments to the complaints affect the pending Motions to Dismiss for Forum Non Conveniens. The Parties agree that the Defendants' Motions to Dismiss for Forum Non Conveniens shall be deemed applicable to the operative pleadings and proceed on the agreed schedule set forth in this stipulation.

3. **Rule 12(b)(6) Motion:** Defendants' Omnibus Motion to Dismiss all 38 Related Actions for Failure to State a Claim Under Rule 12(b)(6) (currently due October 1, 2026 for the 37 Individual Plaintiffs' actions) shall be due on November 19, 2026[4]; the Individual Plaintiffs shall collectively file an opposition, and the BCGE shall file an opposition, both of which shall be due on December 17, 2026; and Defendants' omnibus reply shall be due on January 14, 2027. Notwithstanding Civil L.R. 7-2(b), the Parties have agreed that—because briefing these issues

---

[3] For the avoidance of doubt, this amendment does not count as a plaintiff's amendment as a matter of course under Rule 15(a)(1).

[4] Defendants' Omnibus Motion shall be responsive to each plaintiff's operative complaint. A plaintiff's original complaint is operative unless it is amended by October 29, 2026, in which case the amended complaint is operative.

implicates 38 separate complaints, some of which raise unique claims—Defendants' Omnibus Motion shall not exceed 45 pages of text, the Individual Plaintiffs' and BCGE's respective oppositions shall not exceed 35 pages of text (each), and Defendants' Omnibus Reply shall not exceed 35 pages of text, not including the caption pages, table of contents, or table of authorities. The hearing on this Motion shall be set for January 28, 2027, or as soon thereafter as the matter may be heard.

**4. Initial Case Management Conference:** The Parties defer to the Court regarding an appropriate date for the initial case management conference.

**5. No Waiver:** Nothing in this Stipulation shall be construed as a waiver of any Party's rights or positions in law or equity, or as a waiver of any defenses that Defendants would otherwise have including, without limitation, jurisdictional defenses.

DATED: September ___, 2026 By: ______________________________

JACQUELINE S. CORLEY
UNITED STATES DISTRICT JUDGE