Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370

Todd Logan (SBN 305912)
tlogan@edelson.com
Brandt Silverkorn (SBN 323530)
bsilverkorn@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LANCE YOUNGE and JENNIFER GEARY, individuals, and E.S., a minor, by and through his next friend LANCE YOUNGE,<br>,<br><br>*Plaintiffs*,<br><br>v.<br><br>SAMUEL ALTMAN, an individual, OPENAI FOUNDATION, a Delaware corporation, OPENAI OPCO, LLC, a Delaware limited liability company, and OPENAI GROUP PBC, a Delaware public benefit corporation,<br><br>*Defendants*. | Case No.: 3:26-cv-03707-JSC<br><br>**[~~PROPOSED~~] ORDER APPOINTING GUARDIAN AD LITEM** |

The Court, having considered the Petition for the appointment of Lance Younge as guardian ad litem for E.S., who is a minor, and good cause appearing, hereby GRANTS the Petition.

IT IS HEREBY ORDERED that Lance Younge be, and he is, hereby appointed as guardian ad litem for E.S., a plaintiff in the above-entitled action, and he is authorized to institute and prosecute the action mentioned in the petition.

IT IS SO ORDERED.

DATED: September 29, 2026




________________________
UNITED STATES DISTRICT JUDGE